UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt

In re

**DOUGLAS W COURTNEY**  Case No. 17-11508

Chapter 7

**Debtors**

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Charlotte F. Courtney<br>1511 Locust Street<br>Unit 404<br>Saint Louis, MO 63103-1853 | $2,701.83 |

Dated: January 8, 2019        /s/ Janet M. Nesse Ch 7
                              Janet M. Nesse Ch 7, Trustee
                              6411 Ivy Lane
                              Suite 200
                              Greenbelt, Maryland 20770

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds was electronically served or mailed to Office of the U.S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770, on January 8, 2019.