**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt**

In re:   Case No.: **17–11508 – WIL**   Chapter: **7**

**Douglas W Courtney**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 71 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $2701.83 Filed by Charolette F. Courtney . (Attachments: # 1 Affidavit # 2 Support Docs) (McKenna, Shannon)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 2/22/19.**

**1. A Non−redacted drivers licence must be provided to the Court, that contains the address provided to the Court on the Motion filed.
2. Please provide an explanation as to the signature handwriting difference for Charlotte F. Courtney. Comparing the Motion to Withdrawal Unclaimed Funds, Certificate of Service, Affidavit against the cover letter that was submitted to the Court.**

CURE: See above.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.
Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 2/8/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shannon McKenna
301−344−3390

cc:   Debtor

Attorney for Debtor – Diana L. Klein
Movant – C. Courtney

defntc (rev. 12/12/2016)