IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | * |
| DOUGLAS W. COURTNEY | * Case No. 17-11508-WIL |
| Debtor. | * (Chapter 7) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTARIZED AFFIDAVIT OF CHAROLETTE COURTNEY**
**IN SUPPORT OF APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

I, Charolette Courtney, state as follows:

1. I am over the age of 18 and am competent to testify.

2. In response to the Deficiency Notice (ECF 84) issued by the Clerk of the Court, I state that the difference in the signature on the Application for Payment of Unclaimed Funds and the Original Proof of Claim was the result of my authorizing a friend of mine to sign the Original Proof of Claim on my behalf as I was then unavailable to do so.

3. The Original Proof of Claim was submitted as signed to my attorney for filing, as authorized by me.

4. The signature on the Application for Payment of Unclaimed Funds is my original signature, as is my signature hereunder.

5. I hereby state under the penalties of perjury that the foregoing affidavit and the facts set forth herein are true and correct and are based upon my personal knowledge.

_____        09/24/2020
Charolette Courtney                 DATE

NOTARY: _____

TERA L. DONER
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 15120574
My Commission Expires May 13, 2023

#3627467v.1